```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 58738
   RONALD LEWIS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7867

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/15/2005 and was confirmed 03/13/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  61.14% from remaining funds.

     The case was paid in full 11/24/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------
CHICAGOLAND ELECTRICAL C  SECURED           6781.00        501.82       6781.00
HOMEQ SERVICING           CURRENT MORTG    11470.00           .00      11470.00
WELLS FARGO BANK          CURRENT MORTG    42232.42           .00      42232.42
ALLIED INTERSTATE         NOTICE ONLY      NOT FILED         .00            .00
AMALGMATED BANK           UNSECURED         1376.96          .00         841.93
ARROW FINANCIAL SERVICES  NOTICE ONLY      NOT FILED         .00            .00
BANK ONE                  UNSECURED        NOT FILED         .00            .00
CAPITAL MANAGEMENT SERVI  NOTICE ONLY      NOT FILED         .00            .00
CAPITAL MANAGEMENT SERVI  UNSECURED        NOT FILED         .00            .00
ROUNDUP FUNDING LLC       UNSECURED OTH     289.60           .00         177.17
CREDIT PROTECTION         UNSECURED        NOT FILED         .00            .00
CRESCENT RECOVERY LLC     NOTICE ONLY      NOT FILED         .00            .00
CRESCENT RECOVERY LLC     NOTICE ONLY      NOT FILED         .00            .00
GEICO INSURANCE CO        UNSECURED        NOT FILED         .00            .00
HOUSEHOLD CREDIT SERVICE  UNSECURED        NOT FILED         .00            .00
HOUSEHOLD CREDIT SERVICE  UNSECURED        NOT FILED         .00            .00
HOUSEHOLD AUTO FINANCE    UNSECURED        NOT FILED         .00            .00
HOUSTON FUNDING CORP      NOTICE ONLY      NOT FILED         .00            .00
HOUSTON FUNDING CORP      NOTICE ONLY      NOT FILED         .00            .00
HSBC NEVADA               NOTICE ONLY      NOT FILED         .00            .00
INTERNATIONAL COLLECTION  NOTICE ONLY      NOT FILED         .00            .00
LVNV FUNDING              NOTICE ONLY      NOT FILED         .00            .00
PLUNKETT FURNITURE        UNSECURED        NOT FILED         .00            .00
RISK MANAGEMENT           NOTICE ONLY      NOT FILED         .00            .00
ROGERS & HOLLAND          SECURED NOT I     3694.34          .00            .00
SEARS PAYMENT CENTER      UNSECURED        NOT FILED         .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED         8587.12          .00         5250.51
TRUSTMARK RECOVERY        NOTICE ONLY      NOT FILED         .00            .00
UNIVERSITY OF CHICAGO HO  UNSECURED        NOT FILED         .00            .00
UNIVERSITY OF CHICAGO HO  UNSECURED        NOT FILED         .00            .00
WELLS FARGO               UNSECURED        NOT FILED         .00            .00
WICKES FURNITURE          UNSECURED        NOT FILED         .00            .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 58738 RONALD LEWIS
```

```
NATIONAL FINANCIAL SYSTE  UNSECURED      NOT FILED           .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         648.31           .00        396.40
UNIVERSITY OF CHICAGO HO  UNSECURED      NOT FILED           .00           .00
CRESCENT RECOVERY LLC     UNSECURED        8946.52           .00       5470.26
PORTFOLIO RECOVERY ASSOC  NOTICE ONLY    NOT FILED           .00           .00
CHICAGOLAND ELECTRICAL C  UNSECURED            .00           .00           .00
LEIBOWITZ LAW CENTER      DEBTOR ATTY    2,400.00                     2,400.00
TOM VAUGHN                TRUSTEE                                     5,086.49
DEBTOR REFUND             REFUND                                        875.04
```

Summary of Receipts and Disbursements:

```
------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  81,483.04

PRIORITY                                              .00
SECURED                                         60,483.42
    INTEREST                                       501.82
UNSECURED                                       12,136.27
ADMINISTRATIVE                                   2,400.00
TRUSTEE COMPENSATION                             5,086.49
DEBTOR REFUND                                      875.04
                         ---------------        ---------------
TOTALS                   81,483.04              81,483.04
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/24/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE